**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-2394**

———————————

ANDRE J. HOWARD, and family members,

                    Plaintiff – Appellant,

        v.

ABINGDON, VIRGINIA; WASHINGTON COUNTY, VA; FARMERS MUTUAL
INSURANCE,

                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.   James P. Jones, District
Judge.  (1:13-mc-00076-JPJ)

———————————

Submitted:  January 23, 2014        Decided:  January 27, 2014

———————————

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Andre J. Howard, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre J. Howard appeals the district court's order striking Howard's complaint from the docket. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Howard v. Abingdon, VA, No. 1:13-mc-00076-JPJ (W.D. Va. Oct. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED